PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, SBN 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
Telephone:    (951) 276-6990
Facsimile:     (951) 276-6973
Email:          Everett.L.Green@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>17985 BEAR VALLEY ROAD LLC,<br><br>Debtor. | Case No. 6:23-bk-14326-WJ<br><br>CHAPTER 11<br><br>**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE** |

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee hereby appoints the following qualified individual as Subchapter V trustee in the above-captioned case:

Arturo Cisneros
3403 Tenth Street, Suite 714
Riverside, CA 92501
Tel: (951) 682-9705
Email: arturo@mclaw.org

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: September 26, 2023

*/s/ Peter C. Anderson*
PETER C. ANDERSON
UNITED STATES TRUSTEE

1

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

In re: 17985 Bear Valley Road LLC
Case No. 6:23-bk-14326-WJ

## CHAPTER 11

*VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE*

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at my hourly rate of $575.00, in addition to seeking reimbursement for any actual and necessary expenses I incur. The compensation for my trustee administrator is $200.00 per hour.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: September 26, 2023

Arturo Cisneros

1